# United States Court of Appeals
## For the First Circuit

No. 18-2199

JOHN S. BARTH

Plaintiff - Appellant

v.

UNITED STATES

Defendant - Appellee

**MANDATE**

Entered: May 26, 2020

In accordance with the judgment of May 5, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John S. Barth
James D. Concannon
Julia M. Lipez
Andrew Kenney Lizotte
John G. Osborn